John van Loben Sels (SBN 201354)
jvanlobensels@fishiplaw.com
Jennifer Shih (SBN 276225)
jshih@fishiplaw.com
Fish IP Law, LLP
333 Twin Dolphin Drive, Suite 200
Redwood City, CA 94065
Telephone:   (650) 517-9800
Facsimile:   (650) 517-9898

Attorneys for Plaintiff
*Integrated Energy LLC*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES, for the use and benefit of INTEGRATED ENERGY LLC, and INTEGRATED ENERGY LLC, a California corporation<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS GOVERNMENT TECHNOLOGIES, INC., a Delaware corporation; SIEMENS INDUSTRY, INC., a Delaware corporation; KIP FUNK, and FUNKS ENGINEERING, a Colorado corporation, PYROCON, INC., a Colorado corporation, PYROCON, LLC, a Colorado Limited Liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:15-cv-01534-JVS-DFM<br><br>JUDGMENT<br><br>Judge:         Hon. James V. Selna<br>Courtroom:   10C |

JUDGMENT

The above entitled case came on regularly for bench trial on March 5, 2019 in Courtroom 10C, with the Honorable James V. Selna presiding.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that based on the Court's Findings of Fact and Conclusions of Law, a judgment is hereby entered jointly and severally against Defendants Kip Funk, Funks Engineering, Pyrocon, Inc., and Pyrocon, LLC (collectively "Funks Defendants"):

1. The Court incorporates by reference the Findings of Fact and Conclusions of Law as stated orally on the record on March 5, 2019. Dkt. 360.
2. Karen Bertram is the sole inventor of each and every claim of U.S. Patent No. U.S. 9,422,480 ("the '480 Patent").
3. Defendant Kip Funk did not conceive or contribute to the conception of any claim of the '480 Patent.
4. Inventorship of the '480 Patent is hereby corrected to identify Karen Bertram as the sole named inventor.
5. The Court hereby directs the Director of the United States Patent and Trademark Office to issue a Certificate of Correction under 35 U.S.C. §256, listing Karen Bertram as the sole inventor of the '480 Patent.
6. The Funks Defendants misappropriated Integrated Energy's trade secrets as a matter of law. Dkt. 331-1 at 5.
7. Default has been entered as to Defendants Funks Engineering, Pyrocon, Inc., and Pyrocon, LLC. Dkts. 341 and 342.
8. Plaintiff was damaged by the Funks Defendants trade secret misappropriation, and Plaintiff is hereby awarded damages jointly and severally against Defendants Kip Funk, Funks Engineering and Pyrocon, Inc. in the amount of $154,250.00. Dkt. 360.

9. Plaintiff is the prevailing party and is entitled to costs jointly and severally against the Funks Defendants under Federal Rule of Civil Procedure Rule 54 (d).
10. This Court shall retain jurisdiction over all disputes between and among the Parties arising out of this final judgment, including but not limited to enforcement of the judgment.

IT IS SO ORDERED.

DATED: March 22, 2019

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

JUDGMENT